UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| KEVIN ANDREW BEETS, ) | |
| ) | |
| Petitioner, ) | |
| ) | Nos. 3:14-CV-321 |
| ) | 3:12-CR-97 |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

# **O R D E R**

This is a motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 filed by Kevin Andrew Beets ("Petitioner") [Doc. 79]. The government has filed a response in opposition to the § 2255 motion [Doc. 97].

Petitioner has now filed a motion to withdraw his § 2255 motion because his claims for relief therein have been resolved [Doc. 103]. Accordingly, Petitioner requests that the Court dismiss his § 2255 motion without prejudice [*Id.* at 2]. For good cause shown, this motion [Doc. 103] is **GRANTED** to the extent that Petitioner's § 2255 motion [Doc. 79] is **DENIED without prejudice**. Petitioner's other pending motions relating to his § 2255 motion [Docs. 80 and 81] are **DENIED as moot**. The Clerk is **DIRECTED** to close the civil file.

**IT IS SO ORDERED**.

E N T E R:

          s/ Leon Jordan
          United States District Judge

ENTERED AS A JUDGMENT

  /s/ *Debra C. Poplin*
   CLERK OF COURT